July 20,2015

Isreal Leonard #882013
Pack One UNit
2400 Wallace Pack Road
Navasota,Texas 77868-4567

53,901-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

Abek Acosta,Clerk Of Court
Court Of Criminal Appeals Of Texas
P.O. Box 12308,Capitol Station
Austin,Texas 78711

Dear Clerk:

I have new evidence that may be helpful in my case,I have of lately discovered this evidence. What are the rules (guidelines) I need to follow to allow the [T]rial court to address this new evidence?first. I am not asking for legal advise,I want to know what those rules are in that area.

Thank you kindly,for your time and attention to this matter.

Best regards